Ignacio J. Hiraldo (State Bar No. 354826)
IJH LAW
1100 Town & Country Road Suite 1250
Orange, CA 92868
E: ijhiraldo@ijhlaw.com
T: 657.200.1403
Counsel for Plaintiff and Proposed Class

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIKA MARTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXP REALTY OF CALIFORNIA, INC.,<br><br>Defendant. | Case No. 2:24-cv-03142-TLN-SCR<br><br>**JOINT STATEMENT OF PUTATIVE CLASS ACTION AND PROPOSED DEADLINES; ORDER** |

Pursuant to the Court's Initial Pretrial Scheduling Order (D.E. 3, Section XI), Plaintiff Marika Martin and Defendant eXp Realty of California, Inc. hereby provide this Joint Statement identifying that this action is a putative class action alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, and providing new proposed deadlines.

The Parties respectfully propose the following deadlines:

| Event | Proposed Date |
|---|---|
| Completion of Fact Discovery | January 16, 2026 |
| Expert Disclosures | February 16, 2026 |
| Expert Rebuttal Disclosures | March 4, 2026 |
| Completion of Expert Discovery | April 6, 2026 |

CLASS ACTION COMPLAINT
1

| Motion for Class Certification | May 6, 2026 |
|---|---|
| Response in Opposition to Motion for Class Certification | June 8, 2026 |
| Reply in Support of Motion for Class Certification | July 6, 2026 |

The Parties further propose that they will submit a schedule proposing deadlines for dispositive motions within fourteen days of the Court's resolution of class certification.

Dated: April 1, 2025

Respectfully submitted,

| **IJH LAW** | **MCGUIREWOODS LLP** |
|---|---|
| *By: /s/ Ignacio Hiraldo* | */s/ Amy Starinieri Gilbert* |
| Ignacio J. Hiraldo<br>State Bar No. 354826<br>1100 Town & Country Road Suite 1250<br>Orange, CA 92868<br>E: ijhiraldo@ijhlaw.com<br>T: 657.200.1403<br><br>*Counsel for Plaintiff and Proposed Class* | Jenny Yi (SBN 314540)<br>jyi@mcguirewoods.com<br>Two Embarcadero Center, Suite 1300<br>San Francisco, CA 94111-3821<br>Telephone: 415.844.9944<br>Facsimile: 415.844.9922<br><br>Sarah A. Zielinski (admitted *pro hac vice*)<br>szielinski@mcguirewoods.com<br>Amy Starinieri Gilbert (admitted *pro hac vice*)<br>agilbert@mcguiewoods.com<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL 60601-1818<br>Telephone: 312.849.8100<br>Facsimile: 312.849.3690<br>*Attorneys for Defendant eXp Realty of California, Inc.* |

**IT IS SO ORDERED.**

Dated: April 2, 2025

_____
**Troy L. Nunley**
**Chief United States District Judge**