

# United States District Court
# Eastern District of California

| | |
|---|---|
| Marika Martin | Case Number: 2:24-cv-03142-TLN-SCR |
| Plaintiff(s) | |
| V. | |
| eXp Realty of California, Inc. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Manuel Santiago Hiraldo hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Marika Martin

On 07/20/2007 (date), I was admitted to practice and presently in good standing in the Southern District of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Pace, et al v. Omni Family Health - Case No. 1:24-cv-01277-JLT-CDB
Application date: 2/28/2025; Granted date: 3/4/2025

Date: 07/18/2025                Signature of Applicant: /s/ Manuel S. Hiraldo

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Manuel Santiago Hiraldo |
| Law Firm Name: | Hiraldo P.A. |
| Address: | 401 E Las Olas Blvd., Ste. 1400 |
| City: | Fort Lauderdale   State: FL   Zip: 33301 |
| Phone Number w/Area Code: | (305) 336-7466 |
| City and State of Residence: | Fort Lauderdale, Florida |
| Primary E-mail Address: | mhiraldo@hiraldolaw.com |
| Secondary E-mail Address: | mhiraldo@hiraldolaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Ignacio Javier Hiraldo |
| Law Firm Name: | IJH Law |
| Address: | 1100 Town & Country Road |
| | Suite 1250 |
| City: | Orange   State: CA   Zip: 92868 |
| Phone Number w/Area Code: | (657) 200-1403   Bar #: 354826 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 18, 2025

_____
JUDGE, U.S. DISTRICT COURT