**MCGUIREWOODS LLP**
SARAH A. ZIELINSKI (admitted *pro hac vice*)
szielinski@mcguirewoods.com
AMY STARINIERI GILBERT (admitted *pro hac vice*)
agilbert@mcguirewoods.com
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone:    312.849.8100
Facsimile:    312.849.3690

JENNY YI SBN #314540
jyi@mcguirewoods.com
CHRISTIAN T. HOCHHAUSLER SBN #351475
chochhausler@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

Attorneys for Defendant eXp Realty of California, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIKA MARTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXP REALTY OF CALIFORNIA, INC.<br><br>Defendant. | CASE NO.  2:24-cv-03142-TLN-SCR<br><br>The Hon. Troy L. Nunley<br><br>**STIPULATION TO EXTEND DEADLINES ENTERED; ORDER**<br><br>Complaint Filed:          11/13/2024 |

Pursuant to Fed. R. Civ. P. 6 and Local Rule 144(a), Plaintiff Marika Martin ("Plaintiff") and Defendant eXp Realty, LLC ("eXp Realty"), by and through their undersigned attorneys, hereby stipulate as follows:

**RECITALS**

WHEREAS, on April 2, 2025, the Court entered a case schedule setting forth the deadlines for fact discovery, expert discovery, and the Class Certification briefing (ECF No. 14);

WHEREAS, the Parties have been actively engaged in the discovery process since April 2025, including responding to written discovery and producing documents;

WHEREAS, the Plaintiff is seeking call logs from a third-party due to the fact that neither eXp Realty nor the real estate agent at issue in this case have access to the data Plaintiff is seeking and therefore the parties are coordinating third-party discovery to obtain call logs;

WHEREAS, the Parties have been diligent in engaging in discovery, but in light of the ongoing party, third-party, and expert discovery that is still needed, the Parties have agreed to stipulate to an extension of 120 days to the case schedule as follows:

| EVENT | ORIGINAL DEADLINE | STIPULATED AND EXTENDED DEADLINE |
|---|---|---|
| Completion of Fact Discovery | January 16, 2026 | May 16, 2026 |
| Expert Disclosures | February 16, 2026 | June 16, 2026 |
| Expert Rebuttal Disclosures | March 4, 2026 | July 2, 2026 |
| Completion of Expert Discovery | April 6, 2026 | August 2, 2026 |
| Motion for Class Certification | May 6, 2026 | September 3, 2026 |
| Response in Opposition to Motion for Class Certification | June 8, 2026 | October 6, 2026 |
| Reply in Support of Motion for Class Certification | July 6, 2026 | November 3, 2026 |

WHEREAS, the Parties agree that, as noted in the original case schedule, they will submit a schedule proposing deadlines for dispositive motions within fourteen days of the Court's resolution of the class certification and the stipulated extension will not impact any other deadlines in this case;

WHEREAS, this is the Parties' first request for an extension of the case deadlines and good reason exists for the extension.

## STIPULATION

THEREFORE, the Parties agree, through their respective attorneys, to the following:

1. The Case Schedule shall be continued as follows:

| EVENT | ORIGINAL DEADLINE | STIPULATED AND EXTENDED DEADLINE |
|---|---|---|
| Completion of Fact Discovery | January 16, 2026 | **May 18, 2026** |
| Expert Disclosures | February 16, 2026 | June 16, 2026 |
| Expert Rebuttal Disclosures | March 4, 2026 | July 2, 2026 |
| Completion of Expert Discovery | April 6, 2026 | **August 3, 2026** |
| Motion for Class Certification | May 6, 2026 | September 3, 2026 |
| Response in Opposition to Motion for Class Certification | June 8, 2026 | October 6, 2026 |
| Reply in Support of Motion for Class Certification | July 6, 2026 | November 3, 2026 |

2. The Parties shall submit a schedule proposing deadlines for dispositive motions within fourteen (14) days of the Court's resolution on Class Certification.

**IT IS SO STIPULATED.**

DATED: December 9, 2025            **MCGUIREWOODS LLP**


By:  */s/ Jenny Yi*
         Jenny Yi

Sarah A. Zielinski (admitted *pro hac vice*)
Amy Starinieri Gilbert (admitted *pro hac vice)*
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone:    312.849.8100
Facsimile:     312.849.3690
szielinski@mcguirewoods.com
agilbert@mcguirewoods.com

Jenny Yi
Christian T. Hochhausler
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

jyi@mcguirewoods.com
chochhausler@mcguirewoods.com

*Attorneys for Defendant eXp Realty of California, Inc.*

DATED: December 9, 2025                **HIRALDO P.A.**

By:  /s/ *Manuel S. Hiraldo* (as authorized on December 9, 2025)
      Manuel S. Hiraldo

Manuel S. Hiraldo (admitted *pro hac vice*)
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Phone: 305-336-7466
mhiraldo@hiraldolaw.com

**IJH LAW**

Ignacio J. Hiraldo (SBN #354826)
1100 Town & Country Road, Suite 1250
Orange, CA 92868
Telephone: 657.200.1403
ijhiraldo@ijhlaw.com

*Attorneys for Plaintiff Marika Martin*

**IT IS SO ORDERED.**

Dated: December 9, 2025

_____
Troy L. Nunley
Chief United States District Judge