**MCGUIREWOODS LLP**
SARAH A. ZIELINSKI (admitted *pro hac vice*)
szielinski@mcguirewoods.com
AMY STARINIERI GILBERT (admitted *pro hac vice)*
agilbert@mcguirewoods.com
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone:     312.849.8100
Facsimile:     312.849.3690

JENNY YI SBN #314540
jyi@mcguirewoods.com
CHRISTIAN T. HOCHHAUSLER SBN #351475
chochhausler@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

*Attorneys for Defendant eXp Realty of California, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIKA MARTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXP REALTY OF CALIFORNIA, INC.<br><br>Defendant. | CASE NO.  2:24-cv-03142-TLN-SCR<br><br>The Hon. Troy L. Nunley<br><br>**SECOND STIPULATION TO EXTEND DEADLINES ENTERED; ORDER**<br><br>Complaint Filed:          11/13/2024 |

Pursuant to Fed. R. Civ. P. 6 and Local Rule 144(a), Plaintiff Marika Martin ("Plaintiff") and Defendant eXp Realty, LLC ("eXp Realty"), by and through their undersigned attorneys, hereby stipulate as follows:

## RECITALS

WHEREAS, on April 2, 2025, the Court entered a case schedule setting forth the deadlines for fact discovery, expert discovery, and the Class Certification briefing (ECF No. 14);

WHEREAS, on December 9, 2025, the Parties submitted a Stipulation to Extend Deadlines Entered and Proposed Order (ECF No. 17);

WHEREAS, on December 10, 2025, the Court granted the Parties' Stipulation (ECF No. 18);

WHEREAS, since the extension, the Parties have been actively engaged in the discovery process, including responding to written discovery, meeting and conferring regarding disagreements related to written discovery, producing documents, seeking non-party discovery, analyzing third-party call records central to the litigation, setting Party and Non-Party depositions, and engaging in discussions regarding potential resolution of this matter;

WHEREAS, the Parties are currently in the process of scheduling and taking the depositions of Plaintiff, Defendant, and non-Parties, analyzing and gathering third-party call records central to the litigation, and continuing to explore opportunities for resolution;

WHEREAS, the Parties have been diligent in engaging in discovery, but in light of the ongoing party, third-party, and expert discovery that is still needed, the Parties have agreed to stipulate to an extension of 120 days to the case schedule as follows:

| EVENT | AMENDED DEADLINE | STIPULATED AND EXTENDED DEADLINE |
|---|---|---|
| Completion of Fact Discovery | May 16, 2026 | September 14, 2026 |
| Expert Disclosures | June 16, 2026 | October 14, 2026 |
| Expert Rebuttal Disclosures | July 2, 2026 | November 11, 2026 |
| Completion of Expert Discovery | August 2, 2026 | December 14, 2026 |
| Motion for Class Certification | September 3, 2026 | January 8, 2027 |
| Response in Opposition to Motion for Class Certification | October 6, 2026 | February 5, 2027 |
| Reply in Support of Motion for Class Certification | November 3, 2026 | March 5, 2027 |

WHEREAS, the Parties agree that, as noted in the original case schedule, they will submit a schedule proposing deadlines for dispositive motions within fourteen days of the Court's resolution of the class certification and the stipulated extension will not impact any other deadlines in this case;

WHEREAS, this is the Parties' second request for an extension of the case deadlines, the request is made in good faith and not for the purposes of delay, and good reason exists for the extension.

**STIPULATION**

THEREFORE, the Parties agree, through their respective attorneys, to the following:

1. The Case Schedule shall be continued as follows:

| EVENT | AMENDED DEADLINE | STIPULATED AND EXTENDED DEADLINE |
|---|---|---|
| Completion of Fact Discovery | May 16, 2026 | September 14, 2026 |
| Expert Disclosures | June 16, 2026 | October 14, 2026 |
| Expert Rebuttal Disclosures | July 2, 2026 | November 11, 2026 |
| Completion of Expert Discovery | August 2, 2026 | December 14, 2026 |
| Motion for Class Certification | September 3, 2026 | January 8, 2027 |
| Response in Opposition to Motion for Class Certification | October 6, 2026 | February 5, 2027 |
| Reply in Support of Motion for Class Certification | November 3, 2026 | March 5, 2027 |

2. The Parties shall submit a schedule proposing deadlines for dispositive motions within fourteen (14) days of the Court's resolution on Class Certification.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED: March 31, 2026          **MCGUIREWOODS LLP**


By:  */s/ Amy Starinieri Gilbert*
     Amy Starinieri Gilbert

     Sarah A. Zielinski (admitted *pro hac vice*)
     Amy Starinieri Gilbert (admitted *pro hac vice*)
     77 West Wacker Drive, Suite 4100
     Chicago, IL 60601-1818
     Telephone:    312.849.8100
     Facsimile:    312.849.3690
     szielinski@mcguirewoods.com
     agilbert@mcguirewoods.com

     Jenny Yi
     Christian T. Hochhausler
     Two Embarcadero Center, Suite 1300
     San Francisco, CA  94111-3821
     Telephone:  415.844.9944
     Facsimile:  415.844.9922
     jyi@mcguirewoods.com
     chochhausler@mcguirewoods.com

     *Attorneys for Defendant eXp Realty of California, Inc.*


DATED: March 31, 2026          **IJH LAW**


By:  */s/ Ignacio J. Hiraldo*
     (as authorized on March 31, 2026)
     Ignacio J. Hiraldo

     Ignacio J. Hiraldo (SBN #354826)
     1100 Town & Country Road, Suite 1250
     Orange, CA 92868
     Telephone: 657.200.1403
     ijhiraldo@ijhlaw.com

     *Attorneys for Plaintiff Marika Martin*

**IT IS SO ORDERED.**

Dated: March 31, 2026

_____
Troy L. Nunley
Chief United States District Judge