**MCGUIREWOODS LLP**
SARAH A. ZIELINSKI (admitted *pro hac vice*)
szielinski@mcguirewoods.com
AMY STARINIERI GILBERT (admitted *pro hac vice)*
agilbert@mcguirewoods.com
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: 312.849.8100
Facsimile: 312.849.3690

JENNY YI SBN #314540
jyi@mcguirewoods.com
CHRISTIAN T. HOCHHAUSLER SBN #351475
chochhausler@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

*Attorneys for Defendant eXp Realty of California, Inc.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIKA MARTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXP REALTY OF CALIFORNIA, INC.<br><br>Defendant. | CASE NO. 2:24-cv-03142-TLN-SCR<br><br>The Hon. Troy L. Nunley<br><br>**THIRD STIPULATION TO EXTEND DEADLINES ENTERED; ORDER**<br><br>Complaint Filed: 11/13/2024 |

Pursuant to Fed. R. Civ. P. 6 and Local Rule 144(a), Plaintiff Marika Martin ("Plaintiff") and Defendant eXp Realty, LLC ("eXp Realty"), by and through their undersigned attorneys, hereby stipulate as follows:

**RECITALS**

WHEREAS, on April 2, 2025, the Court entered a case schedule setting forth the deadlines for fact discovery, expert discovery, and the Class Certification briefing (ECF No. 14);

WHEREAS, on December 9, 2025, the Parties submitted a Stipulation to Extend Deadlines Entered and Proposed Order (ECF No. 17);

WHEREAS, on December 10, 2025, the Court granted the Parties' Stipulation (ECF No. 18);

WHEREAS, on March 3, 2026, the Parties submitted a Second Stipulation to Extend Deadlines Entered and Proposed Order (ECF No. 19);

WHEREAS, on April 1, 2026, the Court granted the Parties' Stipulation (ECF No. 20);

WHEREAS, since the second extension, the Parties have been actively engaged in the discovery process, including responding to written discovery, producing documents, analyzing third-party call records central to the litigation, setting depositions, and engaging in discussions regarding potential resolution of this matter;

WHEREAS, the Parties are currently engaging in productive settlement negotiations and believe that additional time may aid in potential resolution of the matter short of continued litigation, including party and third-party depositions;

WHEREAS, the Parties have been diligent in engaging in discovery, but in light of ongoing productive settlement discussions, the Parties have agreed to stipulate to an extension of 75 days to the case schedule as follows:

| EVENT | AMENDED DEADLINE | STIPULATED AND EXTENDED DEADLINE |
|---|---|---|
| Completion of Fact Discovery | September 14, 2026 | November 30, 2026 |
| Expert Disclosures | October 14, 2026 | December 28, 2026 |
| Expert Rebuttal Disclosures | November 11, 2026 | January 25, 2027 |
| Completion of Expert Discovery | December 14, 2026 | February 26, 2027 |
| Motion for Class Certification | January 8, 2027 | March 24, 2027 |
| Response in Opposition to Motion | February 5, 2027 | April 21, 2027 |

| | | |
|---|---|---|
| for Class Certification | | |
| Reply in Support of Motion for Class Certification | March 5, 2027 | May 19, 2027 |

WHEREAS, the Parties agree that, as noted in the original case schedule (ECF No. 14), they will submit a schedule proposing deadlines for dispositive motions within fourteen days of the Court's resolution of the class certification and the stipulated extension will not impact any other deadlines in this case;

WHEREAS, this is the Parties' third request for an extension of the case deadlines, the request is made in good faith and not for the purposes of delay, and good reason exists for the extension.

## STIPULATION

THEREFORE, the Parties agree, through their respective attorneys, to the following:

1. The Case Schedule shall be continued as follows:

| EVENT | AMENDED DEADLINE | STIPULATED AND EXTENDED DEADLINE |
|---|---|---|
| Completion of Fact Discovery | September 14, 2026 | November 30, 2026 |
| Expert Disclosures | October 14, 2026 | December 28, 2026 |
| Expert Rebuttal Disclosures | November 11, 2026 | January 25, 2027 |
| Completion of Expert Discovery | December 14, 2026 | February 26, 2027 |
| Motion for Class Certification | January 8, 2027 | March 24, 2027 |
| Response in Opposition to Motion for Class Certification | February 5, 2027 | April 21, 2027 |
| Reply in Support of Motion for Class Certification | March 5, 2027 | May 19, 2027 |

2. The Parties shall submit a schedule proposing deadlines for dispositive motions within fourteen (14) days of the Court's resolution on Class Certification.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED: August 11, 2026

**MCGUIREWOODS LLP**

By: */s/ Amy Starinieri Gilbert*
Amy Starinieri Gilbert

Sarah A. Zielinski (admitted *pro hac vice*)
Amy Starinieri Gilbert (admitted *pro hac vice)*
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: 312.849.8100
Facsimile: 312.849.3690
szielinski@mcguirewoods.com
agilbert@mcguirewoods.com

Jenny Yi
Christian T. Hochhausler
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922
jyi@mcguirewoods.com
chochhausler@mcguirewoods.com

*Attorneys for Defendant eXp Realty of California, Inc.*

DATED: August 11, 2026

**IJH LAW**

By: */s/ Manuel S. Hiraldo*
(as authorized on August 11, 2026)
Manuel S. Hiraldo

Manuel S. Hiraldo (admitted pro hac vice)
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Telephone: 305.336.7466
mhiraldo@hiraldolaw.com

Ignacio J. Hiraldo (SBN #354826)
1100 Town & Country Road, Suite 1250
Orange, CA 92868
Telephone: 657.200.1403
ijhiraldo@ijhlaw.com

*Attorneys for Plaintiff Marika Martin*

**IT IS SO ORDERED.**

Dated: August 13, 2026

Troy L. Nunley
Chief United States District Judge